

Sharon Angelino | Partner
Direct 716.566.5411 | sangelino@goldbergsegalla.com

March 9, 2022

<u>*Via ECF*</u>
Honorable Joan M. Azrack
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

        Re:    ***<u>Progressive Specialty Insurance Company, a subsidiary of The Progressove Corporation v. Christopher Johnson and Mary K. Berry as an interested party</u>***
             Civil Action No.:    2:20-cv-05703)
             GS File No.:       855.0001

Your Honor:

        As you are aware, we represent the Plaintiff, Progressive Specialty Insurance Company, a subsidiary of the Progressive Corporation, in the above referenced matter. Please be advised that the parties in the underlying action (Suffolk County Supreme Court, Index No.: 601204/2019) and the declaratory judgement action have reached a global resolution. As such, we respectfully request that the Court remove from the Court's calendar all upcoming proceedings and deadlines in this case.

        Our office intends to file a Stipulation of Voluntary Dismissal after closing documents have been exchanged.

        Please do not hesitate to contact our office with any questions.

        Very truly yours,

        */s/ Sharon Angelino*
        Sharon Angelino

SA:bf