UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

PROGRESSIVE SPECIALTY INSURANCE
COMPANY, a subsidiary of
THE PROGRESSIVE CORPORATION,

                                        Civil Action No.:
                                        2:20-cv-05703-JMA-AYS

                              Plaintiff,

v.

CHRISTOPHER JOHNSON and MARY K. BERRY,
as an interested party,

                              Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, PROGRESSIVE SPECIALTY INSURANCE COMPANY, a subsidiary of THE PROGRESSIVE CORPORATION and/or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendants, CHRISTOPHER JOHNSON and MARY K. BERRY, as an interested party.

Dated:  New York, New York
         September 2, 2022

**GOLDBERG SEGALLA**

*s/Sharon Angelino*
Sharon Angelino, Esq.
*Attorneys for Plaintiff*
665 Main Street
Buffalo, New York 14203
P: (716) 566-5411
E: sangelino@goldbergsegalla.com

1

32549325.v1